Smith, Page and Shearn, JJ.; Page, J., dissented on the ground that neither the employer nor the employee was engaged in interstate commerce at the time of the accident.

Kate Madden, Appellant, v. Anna Elizabeth Schloffel and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Shearn, JJ.

In the Matter of the Application of the Manhattan Railway Company, Appellant, v. Marie Reiche, Respondent, Relative to Acquiring Title to Certain Real Property Located in the City and County of New York.— Judgment affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith and Page, JJ.

William A. Mallett, Appellant, v. William A. Prendergast, as Comptroller of the City of New York, and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Shearn, JJ.

John F. Kaiser and Another, Appellants, v. Ellen Mary Parker and Another, as Executors, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Shearn, JJ.

Abraham Berzin, Respondent, v. Jacob Polonsky, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Shearn, JJ.

William Randolph Hearst, Respondent, v. The Associated Press, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

The People of the State of New York, Respondent, v. Onward Construction Company, a Foreign Corporation, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

William Byers, Appellant, v. Flushovalve Company, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend on payment of costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Jose Santiago, Respondent, v. Southern Pacific Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott and Smith, JJ.

The People of the State of New York, Respondent, v. John D. Antonopulos, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

The People of the State of New York, Respondent, v. Charles Smith, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

The People of the State of New York, Respondent, v. Gertrude L. Zabriskie, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Frank R. Lang, Respondent, v. William R. Harrison, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.